

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2017

No. 04-17-00113-CV

Vick **NICKELSON**,
Appellant

v.

**STATE OF TEXAS FOR THE PROTECTION OF LARA NICKELSON**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI12351
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

After this court granted two prior extension of time, appellant's brief was due July 17, 2017. Appellant has now filed a third, unopposed motion for extension of time, asking for an additional seven days in which to file the brief. After review we **GRANT** appellant's motion and **ORDER** appellant to file the brief in this court on or before July 24, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk